IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :        CRIMINAL ACTION
                               :
          v.                   :
                               :
MARK WILLIAMS                  :        NO. 10-427-6

ORDER

AND NOW this 5th day of July, 2011, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of the defendant Mark Williams, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, for judgment of acquittal on the convictions for conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951(a), attempted Hobbs Act robbery in violation of 18 U.S.C. § 1951(a), and carrying a firearm during or in relation to a crime of violence in violation of 18 U.S.C. § 924(c), is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.